IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 20-cv-1377 (KBJ) |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES RATZERSDORFER | ) | |
| | ) | |
| NORMAN NAFTALI RATZERSDORFER | ) | |
| | ) | |
| JOSEPH RATZERSDORFER, and | ) | |
| | ) | |
| GILLIAN ROSEN, as heirs and administrators to the estate of MARC RATZERSDORFER ~~to the estate of MARC RATZERSDORFER~~ | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**FIRST AMENDED COMPLAINT**

Plaintiff, the United States of America, at the request and with the authorization of a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the civil penalties assessed against decedent Defendant Marc Ratzersdorfer under 31 U.S.C. § 5321(a)(5)(C)(i) for his willful failure to report his interests in foreign bank accounts for the 2007, 2008, and 2009 calendar years.  In support of this action, the United States alleges as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1345, and 1355(a) because it arises under a federal statute, the United States is a plaintiff, and the action seeks to recover civil penalties assessed under 31 U.S.C. § 5321(a)(5).

1

2. Venue is proper in this district under 28 U.S.C. § 1391(c)(3) as Marc Ratzersdorfer ~~the defendant~~ is deceased and was not a resident of the United States at the time of his death.

**Parties**

3. Plaintiff is the United States of America.

4. Marc Ratzersdorfer was a United States citizen and was the person against whom the IRS assessed penalties due to his willful failure to file FBARS for the 2007, 2008, and 2009 calendar years.

5. In or before 2006, Marc Ratzersdorfer, along with his wife Michelin Ratzersdorfer, moved to Israel, where they lived at 12 HaMa'apilim St. , Apt. 5 in Jerusalem, Israel and alternatively with their daughter, Gillian Gila Rosen at 37 HaShayarot St. in Jerusalem, Israel.

6. Michelin Ratzersdorfer died on or about August 21, 2017.

7. Marc Ratzersdorfer died on or about December ~~8~~7, 2017.

8. Neither ~~the~~ Marc Ratzersdorfer's family nor his prior Power of Attorney, Abraham Weiss, notified the IRS of Mr. Ratzersdorfer's death.

9. ~~On information and belief, n~~No probate estate has yet been opened for Marc Ratzersdorfer in the United States. ~~Upon the opening of the estate, the United States intends to amend the complaint to name the administrator or executor of the estate as the real party in interest.~~

10. Marc L. Ratzersdorfer drafted a will in Israel prior to his death. Marc Ratzersdorfer's Israeli will left his estate to his wife, Michelin Ratzersdorfer, unless she predeceased him, in which case the estate was left to his four children.

11. Marc Ratzersdorfer's four children included Norman Ratzersdorfer, Charles Ratzersdorfer, Joseph Ratzersdorfer, and Gillian Rosen.

12. Defendant Charles Ratzersdorfer is a son of Marc Ratzersdorfer and an heir to his estate.

13. Defendant Norman Ratzersdorfer is a son of Marc Ratzersdorfer and an heir to his estate. On information and belief, Norman Ratzersdorfer resides at 410 Ogden Avenue in Teaneck, New Jersey 07666.

14. Defendant Joseph Ratzersdorfer is a son of Marc Ratzersdorfer and an heir to his estate.

15. Gillian Rosen is the daughter of Marc Ratzsersdorfer and an heir to his estate.

4.

### Probating of Marc Ratzersdorfer's Israeli Will

16. Under Israeli law the appointment of an Estate Executor/Administrator is not mandatory, and if an executor is not appointed then the estate is administered by the successors under the Will.

17. Charles Ratzersdorfer submitted an application for a probate order in Israel, which was subsequently issued on September 20, 2018.

### Regulatory Background

5. 18. Section 5314 of Title 31, United States Code, authorizes the Secretary of the Treasury to require United States citizens (among others) to report certain transactions with foreign financial agencies. Under one of the statute's implementing regulations (31 C.F.R. § 1010.350), each United States person having a financial interest in, or signature or other authority over, a bank, securities, or other financial account with a balance of $10,000 or more in

a foreign country shall report such relationship to the Internal Revenue Service ("IRS") for each year in which such relationship exists.

~~6.~~19.   For calendar years 2012 and prior, a person met this reporting requirement by filing a Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts, commonly known as an "FBAR."

~~7.~~20.   For the years at issue, an FBAR was due no later than June 30 of the year following the calendar year at issue with respect to foreign financial accounts that had an aggregate value greater than $10,000.  31 C.F.R. § 1010.306(c).

~~8.~~21.   Section 5321(a)(5) of Title 31, United States Code, authorizes the imposition of civil penalties for the willful failure to comply with the reporting requirements of § 5314. Specifically, § 5321(a)(5)(C) provides for a maximum willfulness penalty in the amount of the greater of $100,000 or 50% of the balance in the accounts at the time of the violation.

~~9.~~22.   The penalty provided by 31 U.S.C. § 5321(a)(5)(C) is subject to interest and further penalties under 31 U.S.C. § 3717.

**MARC RATZERSDORFER WILLFULLY FAILED TO REPORT HIS INTEREST IN FOREIGN FINANCIAL ACCOUNTS**

~~10.~~23.   ~~Ratzersdorfer~~Marc Ratzersdorfer was born in the United States and remained a United States citizen until his death.

~~11.~~24.   On information and belief, ~~Ratzersdorfer~~Marc Ratzersdorfer founded a diamond trading business in the United States that served as the source of his offshore funds.

~~12.   In or before 2006, Ratzersdorfer moved to Israel, where he lived with his adult daughter.~~

~~13.~~25.   ~~Ratzersdorfer~~Marc Ratzersdorfer (by himself or in concert with his agents) established multiple bank, securities or other financial accounts in Switzerland, frequently in the

name of his alter egos or nominees, including accounts at UBS AG, Bank Sarasin, Pictet, and Maerki Bauman.

14.26.  RatzersdorferMarc Ratzersdorfer (by himself or in concert with his agents) titled ownership of multiple bank accounts in the name of corporate or similar entities for purpose of evading detection by, and reporting obligations to, the United States.

15.27.  Wintrust, AG served as one of RatzersdorferMarc Ratzersdorfer's foreign money managers that assisted him in structuring his bank accounts to avoid detection by the United States.

16.28.  Notwithstanding his ownership and control over foreign financial accounts containing more than $10,000, RatzersdorferMarc Ratzersdorfer did not timely file FBARs or otherwise disclose his foreign financial accounts to the IRS during the 2007, 2008, or 2009 calendar years.

17.29.  RatzersdorferMarc Ratzersdorfer filed federal income tax returns (IRS Forms 1040) Schedule B for 2007, 2008, and 2009 tax years.  On each return, the Schedule B asked "At any time during 2007 [or 2008, or 2009] did you have a financial interest or signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account?" In each case, the response to this question on RatzersdorferMarc Ratzersdorfer's schedule B was "No."

18.30.  Given his resources and his financial sophistication, RatzersdorferMarc Ratzersdorfer knew or clearly ought to have known that there was a grave risk that he was not complying with his reporting obligations, and he could have found out for certain very easily.

18723142.1

**UBS Account**

19.31.  On information and belief, in 2001 ~~Ratzersdorfer~~Marc Ratzersdorfer (by himself or in concert with others acting on his behalf) caused an investment account to be opened with UBS Bank in Switzerland in the name of "Thinktools Corporation."

20.32.  Thinktools was a British Virgin Islands ("BVI") entity.

21.33.  Thinktools' director was a second BVI trust company.

22.34.  Traci Cesari, an employee of Wintrust AG of Switzerland, established Thinktools' corporate structure.

23.35.  On information and belief, the majority of funds wired into the UBS Thinktools investment account were wired by Wintrust.

24.36.  ~~Ratzersdorfer~~Marc Ratzersdorfer was the beneficial owner of the Thinktools investment account.

25.37.  Thinktools' purpose was to be a fictitious corporation to hold foreign assets for ~~Ratzersdorfer~~Marc Ratzersdorfer and his family.

26.38.  On information and belief, ~~Ratzersdorfer~~Marc Ratzersdorfer instructed UBS not to invest in U.S. securities in order to avoid detection of his foreign accounts by the United States.

27.39.  The Thinktools Investment account was established with multiple sub-accounts.

28.40.  ~~Ratzersdorfer~~Marc Ratzersdorfer was the beneficial owner of four Thinktools investment subaccounts labeled as Fund A, and two of his sons (Charles and Naftali) were the beneficial owners of subaccounts labeled as Funds B, C, and E.

29.41.  In 2009, UBS AG notified account holders that it might provide their account information to the IRS.

~~30.~~42.  The Thinktools UBS investment account was closed in March of 2009. Thereafter, funds in excess of $10,000 from the Fund A subaccounts were wired to Bank Vontobel in Switzerland and were not repatriated to the United States.

### ~~Ratzersdorfer~~Marc Ratzersdorfer's Accounts at Other Swiss Banks

~~31.~~43.  On information and belief, ~~Ratzersdorfer~~Marc Ratzersdorfer (by himself or in concert with others acting on his behalf) caused an account to be opened with Bank Sarasin in Switzerland. The account with Bank Sarasin was in the name of Dynamount Holdings. ~~Ratzersdorfer~~Marc Ratzersdorfer controlled Dynamount holdings, which primarily served to shield ~~Ratzersdorfer~~Marc Ratzersdorfer's assets from detection by the United States.

~~32.~~44.  On information and belief, ~~Ratzersdorfer~~Marc Ratzersdorfer (by himself or in concert with others acting on his behalf) caused an account to be opened with Maerki Baumann in Switzerland. The account with Maerki Baumann was also in the name of Dynamount Holdings. ~~Ratzersdorfer~~Marc Ratzersdorfer controlled Dynamount holdings, which primarily served to shield ~~Ratzersdorfer~~Marc Ratzersdorfer's assets from detection by the United States.

~~33.~~45.  On information and belief, ~~Ratzersdorfer~~Marc Ratzersdorfer (by himself or in concert with others acting on his behalf) caused two accounts to be opened with Pictet, a bank in Switzerland. The accounts with Pictet were in the name of Whitlow Holdings Corp. and Zanoria Worldwide, Ltd.. ~~Ratzersdorfer~~Marc Ratzersdorfer possessed ultimate control over Whitlow Holdings Corp. and Zanoria Worldwide, Ltd., which primarily served to shield ~~Ratzersdorfer~~Marc Ratzersdorfer's assets from detection by the United States.

~~34.~~46.  The following table summarizes the balances in ~~Ratzersdorfer~~Marc Ratzersdorfer's aforementioned accounts at various dates:

| Bank | Record Owner | Account # | 2007 High Balance | June 30, 2007 Balance | 2008 High Balance | June 30, 2008 Balance | 2009 High Balance | June 30, 2010 |
|------|--------------|-----------|-------------------|----------------------|-------------------|----------------------|-------------------|---------------|

18723142.1

|  |  |  |  |  |  |  | | Balance |
|---|---|---|---|---|---|---|---|---|
| UBS | Thinktools | ███A | $1,092,749 | $10,473 | $884,099 | $0 | $717,611 | $0 |
| UBS | Thinktools | ███A | $287 | $192 | $230 | $0 | Not available | $0 |
| UBS | Thinktools | ███.66E-FUND A | $147,952 | $410 | $215,269 | $0 | Not available | $0 |
| UBS | Thinktools | ███40.66E-FUND A | $1,141 | $20 | $49 | $0 | Not available | $0 |
| Bank Sarasin | Dynamount Holdings | [...]███-0███74000-FUND A | $2,692,433 | $3,585,519 | $3,585,519 | $0 | Not available | $0 |
| Pictet | Whitlow Holdings | ███-FUND A | $160,213 | $0 | $2,837,698 | Not Available | Not available | $0 |
| Pictet | Zanoria Worldwide | ███96.00.1C-FUND A | $2,759,819 | $280 | $60,267 | Not Available | Not available | $0 |
| Maerki Bauman | Dynamount Holdings | ███/ 51-FUND A | Not available | $0 | $3,279,146 | $3,334,435 | 3,347,977 | $0 |

**JUDGMENT FOR CIVIL PENALTIES**
**(31 U.S.C. § 5321(a)(5))**

~~35.~~47.  The United States incorporates paragraphs 1 through ~~34~~ 46 as if fully set forth herein.

~~36.~~48.  On May 21, 2018, a delegate of the Secretary of the Treasury sent a notice of a proposed assessments for the willful failure to file complete and accurate FBARs for 2007, 2008, and 2009 (IRS Letter 3709).

~~37.~~49.  On May 24, 2018, a delegate of the Secretary of the Treasury assessed civil penalties against Defendant ~~Ratzersdorfer~~Marc Ratzersdorfer under 31 U.S.C. § 5321(a)(5) for his willful failure to timely file FBARs in connection with the accounts listed in Paragraph ~~34~~46. ~~Ratzersdorfer~~Marc Ratzersdorfer was assessed $1,733,208 for 2007; $1,667,264 for 2008; and $100,000 for 2009.

38.50.  A delegate of the Secretary of the Treasury sent notice of the May 24, 2018 assessments to ~~Ratzersdorfer~~Marc Ratzersdorfer and demanded payment of the assessments.

39.51.  Despite notice and demand for payment, ~~Ratzersdorfer~~Marc Ratzersdorfer (or his estate, if one exists) have failed to fully pay the penalties assessed against him.

40.52.  Interest and penalties have accrued and will continue to accrue on the penalties described in paragraph ~~37~~ 49 above pursuant to 31 U.S.C. § 3717 until they are paid in full.

~~41.~~  As of May 19, 2020, ~~Ratzersdorfer~~Marc Ratzersdorfer's estate is indebted to the United States with respect to the penalties described in paragraph ~~37~~ 49 above in the amount of $3,987,862.78, plus statutory interest and penalties that continues to accrue thereafter as provided by law.

~~42.~~ /

/

/

/

/

/

/

/

/

/

/

/

~~43.~~53. /

WHEREFORE, the United States prays that this Court:

A. Render a judgment in favor of the United States and against the estate of Defendant Marc L. Ratzersdorfer in the amount in the amount of $3,987,862.78 for the penalties assessed against him under 31 U.S.C. § 5321(a)(5) for the 2007, 2008, and 2009 calendar years, plus further interest and statutory additions thereon as allowed by law from May 19, 2020 to the date of payment;

B. Award to the United States its costs of prosecuting this action; and

C. Grant such other and further relief as the Court deems just and equitable.

Date: ~~May 22~~October 22, 2020~~, 2018~~

> RICHARD E. ZUCKERMAN
> Principal Deputy Assistant Attorney General
>
> */s/* ~~Ari Kunofsky~~RICHARD J. HAGERMAN
> RICHARD J. HAGERMAN (LEAD)
> ~~ARI D. KUNOFSKY~~
> Trial Attorney~~s~~, Tax Division
> U.S. Department of Justice
> Post Office Box 227
> Washington, D.C. 20044
> Tel.: (202) 598-7827
> Fax: (202) 514-6866
> Richard.J.Hagerman@usdoj.gov