IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil No. 20-cv-1377 (KBJ) |
| CHARLES RATZERSDORFER *et al.*;<br>as heirs and administrators to the estate of<br>MARC RATZERSDORFER | ) ) ) ) |
| Defendants. | ) ) ) |

**JOINT STIPULATION OF DISMISSAL**

The claims of the United States of America have been satisfied. The parties hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of the above-captioned case with prejudice. The parties agree that each party shall bear its own costs and attorneys' fees.

Dated: November 7, 2022

David A. Hubbert
Deputy Assistant Attorney General

*/s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Attorney for the United States of America*

*/s/ Juliet Fink*
JULIET FINK
Kostelanetz & Fink, LLP
7 World Trade Center
250 Greenwich Street, 34th Floor
New York, New York 10007
Tel: (212) 808-8100
Fax: (212) 808-8108
jfink@kflaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I certify that on November 7, 2022, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System.

                                          */s/ Gokce T. Yurekli*
                                          GOKCE T. YUREKLI
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice